| | | |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Susan Fairchild<br>Agent: BPA Michael Everson | Telephone: (313) 226-9577<br>Telephone: (313) 926-4700 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Nicolas COBO-PEREZ | Case: 2:25−mj−30617<br>Assigned To : Unassigned<br>Assign. Date : 9/29/2025<br>Description: RE: NICOLAS COBO−PEREZ (EOB) |

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 23, 2025__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Michael Everson, U.S. Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: September 29, 2025

_Judge's signature_

City and state: Detroit, MI

David R. Grand, U.S. Magistrate Judge
_Printed name and title_

**AFFIDAVIT**

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Nicolas COBO-PEREZ, which reveals the following:

2. COBO-PEREZ is a forty-four-year-old male, native and citizen of Guatemala, who last entered the United States at or near an unknown place, without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about November 2, 2017, COBO-PEREZ was arrested by Border Patrol Agents near Detroit, Michigan. He was issued a Notice to Appear.

4. On January 8, 2018, COBO-PEREZ was ordered removed by an Immigration Judge in Detroit, Michigan. On or about February 1, 2018, he was removed to Guatemala through Alexandria, Louisianna.

5. On September 23, 2025, Detroit Border Patrol Agents encountered COBO-PEREZ following a request by Warren Police Department to assist them in identifying five subjects they encountered during a vehicle stop for an expired vehicle plate. COBO-PEREZ was one of the passengers in the vehicle. COBO-PEREZ freely stated to agents that he was a citizen of Guatemala and did not possess documentation that would allow him to be present or to work in the United States. COBO-PEREZ was transported to the Detroit Border Patrol Station for further questioning and processing.

6. During his interview with Border Patrol Agents, COBO-PEREZ stated that he is married and has seven children. His wife and children all reside in Guatemala. He has some extended family members in the United States, but is unsure of where they reside. COBO-PEREZ stated that he is employed at a Chinese food restaurant as a dishwasher, and that his employer provides housing as part of his employment.

7. Nicolas COBO-PEREZ's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that COBO-PEREZ is a citizen of Guatemala with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that COBO-PEREZ legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

8. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

9. Review of the Alien File (A# xxx xxx 406) for Nicolas COBO-PEREZ and queries in Department of Homeland Security databases confirm no record exists of COBO-PEREZ obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on February 1, 2018.

10. Based on the above information, I believe there is probable cause to conclude that Nicolas COBO-PEREZ, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

September 29, 2025